### Commonwealth *v.* Lampkins, Appellant.

 Argued November 11, 1971. *Michael J. Wherry*, Assistant Public Defender, with him *Warren R. Keck, III*, Public Defender, for appellant; *Robert F. Banks*, First Assistant District Attorney, with him *Joseph J. Nelson*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.